**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MCKESSON CORPORATION and SUBSIDIARIES, *Plaintiff,* | |
| v. | Case No. 3:25-CV-01102-N |
| UNITED STATES OF AMERICA, *Defendant.* | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully requests that this Court deny Defendant's cross-motion for summary judgment, Dkt. 35, for the reasons stated in the accompanying brief, which is a combined reply in support of Plaintiff's motion for summary judgment and response in opposition to Defendant's cross-motion for summary judgment. Pursuant to Local Rule 56.4(b), each of the matters required by Local Rule 56.4(a) is set forth in the accompanying brief.

Dated: July 10, 2026.

**COVINGTON & BURLING LLP**

Kevin Otero*
N.Y. Bar No. 4325114
kotero@cov.com
30 Hudson Yards
New York, NY 10001
Tel: (212) 841-1000
Fax: (212) 841-1010

Joseph Sullivan*
D.C. Bar No. 1644205
jsullivan@cov.com
One CityCenter
850 Tenth Street
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6302

*admitted pro hac vice

**NORTON ROSE FULBRIGHT LLP**

Elizabeth "Ellie" Norris
State Bar No. 24099138
ellie.norris@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8074
Fax: (214) 855-8200

*Attorneys for Plaintiff*
*McKesson Corporation and Subsidiaries*

**CERTIFICATE OF SERVICE**

I certify that, on July 10, 2026, I caused the foregoing document to be filed with the Clerk of Court of the United States District Court for the Northern District of Texas using the Court's CM/ECF system.

Dated: July 10, 2026.

Kevin Otero*

*admitted pro hac vice