IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| MCKESSON CORPORATION and SUBSIDIARIES, | ) | Case No. 3:25-cv-1102 |
| Plaintiff, | ) | Judge David C. Godbey |
| v. | ) | |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**ORDER GRANTING CONSENT MOTION TO ALLOW ADDITIONAL PAGES**

IN CONSIDERATION of the United States' Motion to Allow Additional Pages for the United States' Reply Brief, dated August 7, 2026, it is hereby ORDERED that:

Defendant may have up to thirty (30) pages for its reply brief.

Signed August 17, 2026.

David C. Godbey
Senior United States District Judge